UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC ANTHONY DELGADO, | CASE NO. SA CV 09-582-PSG (PJW) |
| Petitioner, | |
| v. | JUDGMENT |
| FERNANDO GONZALEZ, WARDEN, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 4/5/11

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\DELGADO, I 582\Judgment.wpd